IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RYAN JOSEPH HOLLE,
    Petitioner,

vs.                                      Case No. 3:11cv436/LAC/EMT

SEC'Y, DEP'T OF CORR.,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 27, 2012 (doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (doc. 8) is **GRANTED**.

3.    The petition for writ of habeas corpus (doc. 1) is **DISMISSED with prejudice** as untimely.

4.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 13th day of July, 2012.

                                                      *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**